AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

AMY TRUSSEL,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:1:26-cv-00261

JONATHAN LIVEZEY,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed November 18, 2026, this action is remanded to the Superior Court of Columbia County, Georgia, Civil Action Number 2026ECV1278. This case stands closed.

11/18/2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Ann Duke, Deputy Clerk*